# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| In Re Gross | ) Appeal No. 2015-1374 |
| | ) |
| | ) Serial No. 10/723,370 |

## Appellant's Motion To Enlarge The Time For Filing Brief

    Pursuant to Fed. Cir. R. 26, Appellant requests that the time for filing an Opening brief, now due April 26 2015, be extended by 30 days to May 26 2015.  This is the first enlargement of time requested by Appellant.

    This extension is requested because the undersigned is a sole practitioner, and is the only individual working on this appeal. He has just recently completed and filed comprehensive briefings in a number of cases with this Court (including 14-1424, 14-1474 and 14-1794), and is preparing for oral arguments on such matters slated for May 6.  It would be extremely burdensome to complete the opening Brief by April 26, without compromising these and other matters for which the undersigned is responsible.

    The Solicitor's Office was contacted in accordance with Fed. Cir. R. 26, and does not oppose the extension.

A proposed order accompanies this motion.

April 9 2015                                     Respectfully submitted,

*J. Nicholas Gross*

J. Nicholas Gross
Attorney for Appellant

PO Box 9489
Berkeley, CA 94709
510-540-6300
510-540-6315 (fax)

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

In Re Gross ) Appeal No. 2015-1374
) Serial No. 10/723,370

## DECLARATION IN SUPPORT OF APPELLANT'S MOTION TO ENLARGE THE TIME FOR FILING BRIEF

1. I am the principal attorney assigned to work on this case. I have filed a notice of Appearance in this case as well.

2. I believe good cause exists for the extension.

3. Counsel for Appellant requests this extension due to the extreme burden imposed by the upcoming deadline. The undersigned is a sole practitioner and the only individual working on this appeal. He has just recently completed and filed comprehensive briefs in three other cases pending with this Court (including 14-1424, 14-1474 and 14-1794) and is actively preparing for oral arguments slated for May 6. It would be extremely burdensome to complete the Opening Brief for the present case without compromising these and other ongoing matters

4. The Solicitor's Office (Mr. Matal) has been contacted and has confirmed that they do not oppose this motion for an extension of time.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 9 2015

J. Nicholas Gross
Attorney for Appellant

PO Box 9489
Berkeley, CA 94709
510-540-6300
510-540-6315 (fax)

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

In Re Gross               )  Appeal No. 2015-1374
                          )
                          )  Serial No. 10/723,370

## ORDER

Upon consideration of the APPELLANT'S MOTION TO ENLARGE THE TIME FOR FILING BRIEF and DECLARATION IN SUPPORT OF APPELLANT'S MOTION TO ENLARGE THE TIME FOR FILING BRIEF, it is

ORDERED that the Appellant's motion is granted, and it is

FURTHER ORDERED that the Appellant's brief is due on May 26 2015

FOR THE COURT

Date: _____

_____
ADMIRAL DANIEL E. O'TOOLE
Clerk
*United States Court of Appeals*
*for the Federal Circuit*

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

IN RE GROSS           )   Appeal No. 2015-1374
                      )
                      )   Serial No. 10/723,370

## CERTIFICATE OF SERVICE

    I hereby certify that on April 9, 2015 I electronically filed the APPELLANT'S MOTION TO ENLARGE THE TIME FOR FILING BRIEF, DECLARATION IN SUPPORT OF APPELLANT'S MOTION TO ENLARGE THE TIME FOR FILING BRIEF, and proposed ORDER with the Court's CM/ECF filing system.  Counsel for PTO Solicitor's Office was electronically served via e-mail through the Court's CM/ECF system per Fed. R. App. P. 25 and Fed. Cir. R. 25.

*/s/ J. Nicholas Gross*

J. Nicholas Gross
Law Office of Nicholas Gross, Professional Corp.
P.O. Box 9489
Berkley, CA 94709

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

_____ v. _____

No. _____

**CERTIFICATE OF INTEREST**

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) _____ certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

_____
_____
_____

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

_____
_____
_____

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

_____
_____
_____

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

_____
_____

4/9/2015
_____
Date

_____
Signature of counsel
J. Nicholas Gross
_____
Printed name of counsel

Please Note: All questions must be answered
cc: _____